**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6238**

———————

ERNEST SIDNEY JONES, JR.,

                              Plaintiff - Appellant,

    versus

SERGEANT ZIMMERMAN; LIEUTENANT KNOWLES; E. S.
KITCHEN, JR., Sheriff,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. William T. Prince, Magistrate Judge.
(CA-95-968-2)

———————

Submitted:  June 12, 1997          Decided:  June 26, 1997

———————

Before WIDENER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ernest Sidney Jones, Sr., Appellant Pro Se.  Brodnax Haskins, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's[*] order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Jones v. Zimmerman</u>, No. CA-95-968-2 (E.D. Va. Jan. 16, 1997). Appellant's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The parties consented to the jurisdiction of the magistrate judge pursuant to 28 U.S.C.A. § 636(c) (West 1994 & Supp. 1997).

2